**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| ANTIC, MILICA | ) | |
| | ) | CASE NO. 07-13954 |
| | ) | |
| | ) | JUDGE JACQUELINE P. COX |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   219 SOUTH DEARBORN, COURTROOM 619
   CHICAGO, ILLINOIS 60604

   on: **June 24, 2009**
   at: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                   $       17,005.39

   b. Disbursements                              $           21.24

   c. Net Cash Available for Distribution $    16,984.15

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee, Compensation | $ 0.00 | $ 2,450.54 | $ |
| Trustee, Expenses | $ 0.00 | $ | $ 118.98 |
| Trustee's Attorney Fees | $ 0.00 | $ 4,957.00 | $ |
| US Bankruptcy Court | $ 0.00 | $ | $ 250.00 |
| Trustee's Firm Legal, Expenses | $ 0.00 | $ | $ 16.55 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $14,717.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $62.45%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $ 9,519.91 | $ 5,945.36 |
| 2 | Chase Bank USA | $ 3,175.08 | $ 1,982.89 |
| 3 | eCAST Settlement Corporation assignee of HSBC Bank Nevada NA / HSBC Card Services III | $ 2,022.09 | $ 1,262.83 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:   **May 21, 2009**          For the Court,

                        By: **KENNETH S. GARDNER**
                            Kenneth S. Gardner
                            Clerk of the United States Bankruptcy Court
                            219 S. Dearborn Street, 7th Floor
                            Chicago, IL  60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1             Date Rcvd: May 21, 2009
Case: 07-13954                Form ID: pdf002          Total Served: 15

The following entities were served by first class mail on May 23, 2009.
db           +Milica Antic,   4444 W. Lawrence Ave.,   Apt. 209,   Chicago, IL 60630-2512
aty          +Michael Bane,   Legal Helpers,   20 W Kinzie Suite 1300,   Chicago, IL 60654-5817
aty          +Sharanya Gururajan,   Leibowitz Law Center,   420 West Clayton Street,   Waukegan, IL 60085-4216
tr           +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
13072857     +AMERICAN INFOSOURCE LP AS AGENT FOR,   FIA Card Services, NA/Bank of America,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
11523253     +Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
11523254     +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
11644513      Chase Bank USA,   c/o Weinstein & Riley, P.S.,,   PO Box 3978,   Seattle, WA 98124-3978
11523255     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
11523257    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,   5050 Kingsley Dr,   Cincinnati, OH 45263)
11523258      Hsbc Nv,   Pob 98706,   Las Vegas, NV 89193
11523252     +Michael K. Bane,   Legal Helpers, PC,   20 W. Kinzie,   13th Floor,   Chicago, IL 60654-6392
11761335      eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
               POB 35480,   Newark NJ 07193-5480
The following entities were served by electronic transmission on May 21, 2009.
11523256      E-mail/PDF: mrdiscen@discoverfinancial.com May 22 2009 00:26:56      Discover Fin,   Pob 15316,
               Wilmington, DE 19850
11616093      E-mail/PDF: mrdiscen@discoverfinancial.com May 22 2009 00:26:56
               Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
11523251*    +Milica Antic,   4444 W. Lawrence Ave.,   Apt. 209,   Chicago, IL 60630-2512
                                                                                             TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 23, 2009**                    **Signature:** _Joseph Speetjens_